118 P.3d 684

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

■■■■■■■■■

**August 25, 2005**

| | | |
|---|---|---|
| 26416 | Botelho v. Hartey | Affirmed |
| 26571 | State v. Sherez | Affirmed |

**September 1, 2005**

| | | |
|---|---|---|
| 26266 | Kraft v. State, Dept. of Labor Employment Sec. Appeals Office | Affirmed |

**September 7, 2005**

| | | |
|---|---|---|
| 25936 | State v. Punsalan | Affirmed |

**September 8, 2005**

| | | |
|---|---|---|
| 25998 | Skaggs v. Clarendon American Ins. Co. | Affirmed |